UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

-against-

ARGONAUT INSURANCE COMPANY,

                Defendant.

24-CV-7017 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On July 10, 2020, the court barred Plaintiff from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Johnson v. O'Hagan Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), *appeal dismissed*, No. 21-299 (2d Cir. July 15, 2021). Plaintiff files this new *pro se* action, seeks IFP status, and has not sought leave from the court to file in this district.[1] The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the July 10, 2020 order in *Johnson*, ECF 1:19-CV-7337, 8.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] Plaintiff originally filed this action in the United States District Court for the Eastern District of Wisconsin. *See Johnson v. Argonaut Ins. Co.*, No. 24-CV-1168 (E.D. Wisc. Sept. 16, 2024). By order dated September 16, 2024, the Eastern District of Wisconsin transferred this action to this court. (ECF 4.)

2

The Court directs the Clerk of Court to terminate all pending matters and to enter judgment in this action.

SO ORDERED.

Dated:  September 17, 2024
        New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge