UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

-against-

ARGONAUT INSURANCE COMPANY,

                Choose an item..

24 CV 7017

CIVIL JUDGMENT

For the reasons stated in the September 17, 2024, order, this action is dismissed. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the July 10, 2020 order in Johnson, ECF 1:19-CV-7337, 8. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  September 19, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge